## Sharlene Miller

**From:** USBankruptcyCourts@noticingcenter.com
**Sent:** Thursday, January 07, 2016 12:51 PM
**To:** Gary Imblum
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: David Leon Frock, Case Number: 12-01222, MDF, Ref: [p-90704015]
**Attachments:** B_P11201222ntpasnh0386.PDF

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

January 8, 2016

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: David Leon Frock, Case Number 12-01222, MDF

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108**

---

Undeliverable Address:
PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN SERVICES,

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
_c/o Aldridge Connors LLP Bankruptcy Dept._
_15 Piedmont Center_
_3575 Piedmont Rd, N.E. Suite 500_
_Atlanta GA 30305_

1/8/2016

Undeliverable Address:
DES MOINES, IA 50306-0347

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
no business listed

Undeliverable Address:
MINNEAPOLIS, MN 55438

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
no business listed

Undeliverable Address:
YORK, PA 17405-0946

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS: -
no business listed

_____          1/11/16
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.